UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NORTHERN PACIFIC CORPORATION,<br><br>　　　　Defendant. | Case No. 20-cv-00361-JST<br><br>**ORDER DISMISSING CASE**<br><br>Re: ECF No. 18 |

Plaintiff Zurich American Insurance Company seeks to voluntarily dismiss this case without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. ECF No. 18. Defendant Northern Pacific Corporation filed a notice of bankruptcy on March 8, 2020, ECF No. 14, and has filed neither an answer nor a motion for summary judgment.

The Court finds good cause to grant Zurich's request. This case is hereby dismissed without prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 30, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　United States District Judge